No. 97–5736. HILL *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–5764. SINEGAL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5769. KALASHO *v.* PANZER ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5780. LEVY *v.* McQUIGG ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5786. ARMSTEAD *v.* UNITED STATES; and
No. 97–5803. ARMSTEAD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 114 F. 3d 504.

No. 97–5789. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5791. SIEKLOCHA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5792. SCHERPING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5795. BRINSON *v.* BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 97–5800. REED *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5801. MONTALVO SILGUERO *v.* UNITED STATES;
No. 97–5802. TORRES *v.* UNITED STATES; and
No. 97–5929. BELTRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 114 F. 3d 520.

No. 97–5805. VILLARREAL *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–5809. SHELTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5810. WATKINS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.